**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RICHARD ROSE,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Civil Action No. 1:20-cv-01627 |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the parties who have appeared in the action hereby stipulate that the above-captioned case shall be dismissed in its entirety with prejudice and without costs, attorney's fees, or disbursements to either party.

Respectfully submitted,

RICHARD ROSE

By: /s/ *Denise M. Clark*__________
Denise M. Clark (420480)
CLARK LAW GROUP, PLLC
1100 Connecticut Ave., N.W.
Suite 920
Washington, D.C. 20036
dmclark@benefitcounsel.com

*Counsel for Plaintiff*

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

By: /s/ *Christine Costantino* ____
Christine Costantino
ccostantino@seyfarth.com
DC Bar No. 984639
SEYFARTH SHAW LLP
975 F Street N.W.
Washington, D.C. 20004-1454
Telephone: (202) 463-2400
Facsimile: (202) 828-5393

*Counsel for Defendant*

Dated: February 24, 2021

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that she caused a copy of the foregoing Joint Stipulation of Voluntary Dismissal to be served upon all counsel of record through the court's electronic case filing system on this 24th day of February, 2021:

Denise M. Clark
CLARK LAW GROUP,
PLLC
1100 Connecticut Ave.,
N.W., Ste. 920
Washington, D.C. 20036
dmclark@benefitcounsel.com

*/s/Christine Costantino*
Christine Costantino